IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CLINTON TEKE TEKE, A# 221-391-492                              PETITIONER

V.                                     CIVIL ACTION NO. 5:26-cv-382-DCB-BWR


WARDEN R. VERGARA                                             RESPONDENT

ORDER

This matter is before the Court on pro se Petitioner Clinton Teke Teke's (Petitioner's),

Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.[1]  Petitioner is an immigration

detainee housed at the Adams County Correctional Center in Natchez, Mississippi.

Petitioner names the R. Vergara, Warden of the Adams County Correctional Center,

Pamela Bondi, Markwayne Mullin, and Todd M. Lyons as Respondents.  When a habeas

petitioner challenges his present physical custody, "the proper respondent is the warden of

the facility where the [petitioner] is being held, not the Attorney General or some other

remote supervisory official." *Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004).  After initial

review of Petitioner's filings, the Court finds that the proper Respondent is R. Vergara,

Warden of Adams County Correctional Center, and Respondent shall respond to the

Petition.

**IT IS THEREFORE ORDERED** that the Clerk of Court is directed to edit the

docket to reflect that the sole Respondent is R. Vergara, Warden of Adams County

Correctional Center.

**IT IS FURTHER ORDERED** that Respondent shall file an answer or other

responsive pleading in this cause within twenty (20) days of the service of a copy of this

---

[1] Petitioner paid the filing fee.

order.  Respondent shall file with his or her answer or other responsive pleading any agency records or court records relevant to the disposition of this cause.   If Petitioner desires to file a rebuttal, he may do so within fourteen days after Respondent files an answer or other responsive pleading.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a copy of the Petition [1] filed herein, along with a copy of this Order upon the Civil Process Clerk of the Office of the United States Attorney for the Southern District of Mississippi, 501 E. Court St., Suite 4.430, Jackson, MS 39201; the Attorney General of the United States, at U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530; and Warden of Adams County Correctional Center, 20 Hobo Fork Road, Natchez, MS 39120.

The Court warns Petitioner that his failure to timely comply with any Order of this Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

**SO ORDERED**, this the 26th day of May, 2026.

*s/ Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE

2